| | |
|---|---|
| **From:** | Anthony Urso |
| **To:** | Stacey Vucko |
| **Subject:** | Re: Michelle Marski"s claims and response to your voicemail |
| **Date:** | Thursday, February 7, 2019 9:30:45 PM |

Thanks Stacey. You can just deal with me for now. I'd suggest just give me a realistic number for settlement so we can call it a day before I start investing in a lawyer. Or we can go full tilt. Let me know.

Sent from my iPhone

On Feb 7, 2019, at 8:29 PM, Stacey Vucko <svucko@vuckolaw.com> wrote:

> Dear Mr. Urso,
>
> My law firm represents Michelle Marski. I received your voicemail today regarding Courier Express One, Inc.'s laptop. I will coordinate a time with my client for her to drop the laptop off at my office. I will then contact you to arrange a time for pickup from my office.
>
> Attached, please find a document preservation demand relating to Ms. Marski's claims. If Courier Express One has retained counsel, please forward your counsel's contact information to me so that I may direct all future communications to your counsel. Likewise, please direct any communications regarding this matter to my law firm rather than attempting to communicate with Ms. Marski directly.
>
> Sincerely,
>
> Stacey Vucko
>
>
> Stacey Vucko
>
> Vucko Law
>
> 4901 Forest Ave., Suite 2
>
> Downers Grove, Illinois
>
> 60515
>
> (312) 522-2517
>
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual to whom they are addressed. If you are not the intended recipient,

Ex. 2 to Pltff's Motion to Compel

please contact the sender and delete all copies in their entirety, whether electronic or hard copy. Your email correspondence with Vucko Law does not create an attorney-client relationship, which may be formed only after execution of an engagement letter with the firm.

<2-7-19_A. Urso.pdf>