John R. Ashcroft Secretary of State
# 2018 ANNUAL REGISTRATION REPORT
BUSINESS

001370759
**Date Filed: 3/26/2018**
**John R. Ashcroft**
**Missouri Secretary of State**

**\*SECTION 1, 3 & 4 ARE REQUIRED**

REPORT DUE BY: **5/31/2018**

RENEWAL MONTH:
**FEBRUARY**

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

001370759
**DISPATCH EXPRESS INC.**
**C T CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVE**
**CLAYTON MO 63105**

**1**

**PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:** \*

**300 N. Martingale Rd, STE 750** (Required)

STREET
**Schaumburg      IL      60173**
CITY / STATE      ZIP

**2**

If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent _____
**IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.**

☐ The new registered office address _____
**Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.**

**3**

| OFFICERS **A** | BOARD OF DIRECTORS **B** |
|---|---|
| NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). **MUST LIST PRESIDENT AND SECRETARY BELOW** | NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). **MUST LIST AT LEAST ONE DIRECTOR BELOW** |
| **PRESIDENT** Urso, Anthony | **NAME** Urso, Anthony |
| STREET 300 N. Martingale Rd, STE 750 | STREET 300 N. Martingale Rd, STE 750 |
| CITY/STATE/ZIP **Schaumburg IL 60173** | CITY/STATE/ZIP **Schaumburg IL 60173** |
| **SECRETARY** Urso, Karrie | **NAME** |
| STREET 300 N. Martingale Rd, STE 750 | STREET |
| CITY/STATE/ZIP **Schaumburg IL 60173** | CITY/STATE/ZIP |
| STREET | **NAME** |
| CITY/STATE/ZIP | STREET |
| | CITY/STATE/ZIP |
| STREET | **NAME** |
| CITY/STATE/ZIP | STREET |
| | CITY/STATE/ZIP |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4**

The undersigned understands that false statements made in this report are punishable for the crime of making a false \*
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

| Authorized party or officer sign here | Roger McKelvey | (Required) |
|---|---|---|

Please print name and title of signer: Roger McKelvey / Other
NAME                        TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2018
__$35.00 If filed on or before 6/30/2018
__$50.00 If filed on or before 7/31/2018
__$65.00 If filed on or before 8/31/2018
**ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.**

**WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE**

E-MAIL ADDRESS (OPTIONAL): **R.mckelvey@premierccdirect.com**

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

**001370759**
**Date Filed: 10/2/2018**
**John R. Ashcroft**
**Missouri Secretary of State**



# State of Missouri
John R. Ashcroft, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Statement of Correction for a
## General Business or Nonprofit Corporation
*(Submit with filing fee of $10.00)*

1. The name of the corporation is _DISPATCH EKPRESS INC_ Charter #: _001370759_

2. The state/country under whose laws it was organized is: _MISSOURI_

3. Type of document being corrected (or filed copy attached): _~~CHANGE OF OFFICERS~~ FROM AA DIRECTOR LAST ANNUAL REPORT OF MARCH 28, 2018 REGISTRATION ANY_

4. The error is corrected as follows: _THE NAME AND ADDRESS OF THE NEW Director, PRESIDENT + SECRETARY IS STEVE WILSON, N. 147 FEN VIEW CIRCLE, ISLAND LAKE, IL 60042_

5. The reason for such correction is: _ELECTION AND RESIGNATION OF OLD + NEW PRESIDENT & SECRETARY + SOLE DIRECTOR, MARCH 28, 2018 AM._

6. Date the original document was filed with the Missouri Secretary of State: _February 2, 2018_

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Authorized Signature | ANTHONY URSO | PRESIDENT | 9/2/18 |
|---|---|---|---|
| | Printed Name | Title | Date |

Name and address to return filed document:

Name: _STEVE VENIT_

Address: _3240 W IRVING PARK RD_

City, State, and Zip Code: _CHICAGO, IL 60618_

ORI-09252018-2253 State of Missouri

ORI-10032018-0433 State of Missouri

No of Pages 1 Page



Statement of Correction (Corp 60/LLC 7)

Ex. 3 to Pltff's Mot. to Compel



Corporations ▾     Search Business Entities (corpsearch.aspx)     Search UCC Transactions (uccsearch.aspx)     Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)     Login (../Account/ValidateUser)

Register (../Account/Register_account)

Search entity / Select entity / **Order documents**

## Order Business Documents 

**Date**: 06/18/2019

### Business Name History

| Name | Name Type |
|------|-----------|
| PreCC, Inc. | Current Name |
| Premier CC, Inc. | Prior Name |

### Business Entity Details

| | |
|------|------|
| **Name** | PreCC, Inc. |
| **Entity Number** | 3904932 |
| **Entity Type** | Business Corporation |
| **Status** | Active |
| **Citizenship** | Foreign |
| **Entity Creation Date** | 09/11/2009 |
| **Effective Date** | 09/11/2009 |
| **State Of Inc** | IL |
| **Address** | %CT Corporation System Dauphin |

### Officers

| | |
|------|------|
| **Name** | ANTHONY URSO |
| **Title** | VICEPRESIDENT |
| **Address** | 22 MORAINE DR STREAMWOOD IL 60107-1272 |

| | |
|------|------|
| **Name** | KARRIE URSO |
| **Title** | PRESIDENT |
| **Address** | 22 MORAINE DR STREAMWOOD IL 60107-1272 |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show [25 ▾] entries                    Filter Records  [_____]

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Tota |
|--------|------|----------|-------|----------------------|-------|--------------------------|----------------------|-------------|-----------------|---------------|------|

Ex. 3 to Pltff's Mot. to Compel

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 09/11/2009 | CERTIFICATE OF AUTHORITY 1 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |
| ☐ | 12/26/2018 | Amendment - Foreign Registration Statement 2 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |

Showing 1 to 2 of 2 entries     Previous   1   Next

| Select | Date | Document | Pages | Quantity# | Price | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | All Dates | All Certified Copies | 4 | Quantity #  1 | $52.00 | | | |
| ☐ | All Dates | All Plain Copies | 4 | Quantity #  1 | $12.00 | | | |

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|---|---|---|---|---|---|---|---|
| ☐ | 06/18/2019 | Certificate of Registration | 1 | 1 | $40.00 | | |
| ☐ | 06/18/2019 | Index and Docket Report | 1 | 1 | $15.00 | | |
| ☐ | 06/18/2019 | Index and Docket Certified Report | 1 | 1 | $55.00 | | |

**Order Total :**

<< Back to Search Results      Login

Ex. 3 to Pltff's Mot. to Compel